IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOE WALPOLE                                                                                          PLAINTIFF

VS.                                            4:07CV00164-WRW

UNIVERSITY OF ARKANSAS, et al                                                            DEFENDANTS

## STIPULATED ORDER DISMISSING ACTION BY REASON OF SETTLEMENT

Counsel having advised the Court that this matter has been settled as to all parties,

IT IS THEREFORE ORDERED that this action is dismissed with prejudice. The Court retains complete jurisdiction for sixty (60) days to vacate this Order and to re-open the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 19th day of June, 2008.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE


PREPARED BY:

*/s/ Lucien Gillham*
Lucien Gillham, Ark. Bar No. 95009
HARRILL & SUTTER, P.L.L.C.
Attorneys at Law
310 West Conway Street
Benton, Arkansas 72015
(501) 315-1910
Attorneys for the Plaintiff

cc:   Adria Nobles Kimbrough
      Associate General Counsel
      University of Arkansas System
      2404 North University Avenue
      Little Rock, Arkansas 72207